UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 1:12 CR 389 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | JUDGE SOLOMON OLIVER, JR. |
| | ) | |
| RHODA A. CALLOWAY, | ) | ORDER ACCEPTING PLEA |
| | ) | AGREEMENT, JUDGMENT AND |
| Defendant | ) | REFERRAL TO U. S. PROBATION |
| | ) | OFFICE |

This case is before the Court on a Report and Recommendation filed by United States Magistrate Judge Nancy A. Vecchiarelli, regarding the change of plea hearing of Rhoda A. Calloway, which was referred to the Magistrate Judge with the consent of the parties.

On August 23, 2012, the government filed a thirty-five count Indictment, charging Defendant Rhoda A. Calloway, with Conspiracy to Make False Claims, in violation of Title 18 United States Code, Section 286 and False Claims, in violation of Title 18 United States Code, Section 287 and 2. Defendant Calloway was arraigned on September 20, 2012, and entered a plea of not guilty to Counts 1, 2-35, before Magistrate Judge William H. Baughman, Jr. On November 7, 2012, Magistrate Judge Nancy A. Vecchiarelli, received Defendant Calloway's plea of guilty to Counts 1, 2-35 of the Indictment, and issued a Report and Recommendation ("R&R"), concerning whether the plea should be accepted and a finding of guilty entered.

Neither party submitted objections to the Magistrate Judge's R&R in the fourteen days after

it was issued.

On de novo review of the record, the Magistrate Judge's R&R is adopted. Defendant Calloway is found to be competent to enter a plea and to understand her constitutional rights. She is aware of the charges and of the consequences of entering a plea. There is an adequate factual basis for the plea. The Court finds the plea was entered knowingly, intelligently, and voluntarily. The plea agreement is approved.

Therefore, Defendant Calloway is adjudged guilty to Counts 1, 2-35 of the Indictment, in violation of Title 18 United States Code, Section 286, Conspiracy to Make False Claims and Title 18 United States Code, Section 287 and 2, False Claims. This matter was referred to the U. S. Probation Department for the completion of a pre-sentence investigation and report. Sentencing will be on February 13, 2013, at 10:00 a.m., in Courtroom 19-A, Carl B. Stokes United States Court House, 801 West Superior Avenue, Cleveland, Ohio.

IT IS SO ORDERED.

/s/*SOLOMON OLIVER, JR.*
CHIEF JUDGE
UNITED STATES DISTRICT COURT

November 26, 2012